UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

BONNIE REEDER and MICHELLE FEDERICO,

    Plaintiff-Appellants,

vs.

THE UNITED STATES OF AMERICA,

    Defendant-Appellee.

No. 24-2126
(Dist. Ct. No. 24-CV-0227-KWR/GBW)
From the District of New Mexico

_____

**JOINT MOTION TO DISMISS APPEAL AS MOOT AND VACATE THE JUDGMENT BELOW**

_____

The Defendant-Appellee and Plaintiff-Appellants hereby jointly move the Court to dismiss this appeal as moot, vacate the judgment below (Dist. Ct. Dkt. Nos. 30-31) (filed Aug. 23, 2024), and remand with directions to dismiss. *See Kan. Jud. Rev. v. Stout*, 562 F.3d 1240, 1248 (10th Cir. 2009) ("When a case becomes moot on appeal, the ordinary course is to vacate the judgment below and remand with directions to dismiss."). The circumstances through which the appeal became moot are as follows:

1. This appeal is taken from the district court's judgment reviewing and affirming, under the Administrative Procedure Act, 5 U.S.C. §§ 500-706 ("APA"), Defendant-Appellee United States of America's decision to refuse production pursuant to a *Touhy* subpoena issued by the Plaintiff-Appellants out of the New Mexico state-court case *Reeder v. Hildebrandt*, No. D-202-CV-2022-07504 (N.M. 2d Jud. Dist.) ("State Case"), a putative class action in which the Plaintiff-Appellants were plaintiffs and putative class representatives.

2. On October 4, 2024, well after this appeal was filed, the state court dismissed the State Case without prejudice.

3. A new state-court case has since been filed by different putative class representatives against the same defendants, asserting the same claims, but the original State Court case has not been appealed and will not itself be revived. No action to enforce the subpoena or for sanctions was, will be, or could be (given sovereign immunity) filed in that action.

4. For these reasons, the parties agree that this appeal is moot.

5. Because the parties agree that the equities do not support a deviation from the usual practice in this respect, they also request that this Court vacate the district court's Memorandum Opinion and Order (Dkt. No. 30) and Judgment (Dkt. No. 31), and remand with instructions to dismiss the case as moot. *See Rio Grande Silvery Minnow v. Bureau of Reclamation*, 601 F.3d 1096, 1129 (10th Cir. 2010) ("In

general, when a case becomes moot on appeal, the ordinary course is to vacate the judgment below and remand with directions to dismiss." (cleaned up)); *Wyoming v. U.S. Dep't of Agriculture*, 414 F.3d 1207, 1213 (10th Cir. 2005) ("This is because '[a] party who seeks review of the merits of an adverse ruling, but is frustrated by the vagaries of circumstance, ought not in fairness be forced to acquiesce in the judgment.'" (quoting *McClendon v. City of Albuquerque*, 100 F.3d 863, 868 (10th Cir. 1996))).

For the foregoing reasons, the parties jointly move the Court to dismiss this appeal as moot, vacate the district court's opinion, order, and judgment (Dist. Ct. Dkt. Nos. 30-31) (filed Aug. 23, 2024), and remand with directions to dismiss.

Respectfully submitted,

HARRISON & HART, LLC

By: _____
Carter B. Harrison IV
924 Park Avenue SW, Suite E
Albuquerque, NM 87102
Tel: (505) 295-3261
Fax: (505) 341-9340
Email: carter@harrisonhartlaw.com

*Attorneys for the Plaintiff-Appellants*

— and —

*Edited & approved by email 11/18/24*
James R.W. Braun
Assistant U.S. Attorney
U.S. Attorney's Office (D.N.M.)

*Attorneys for the Defendant-Appellee*

**This Motion Has No Exhibits**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of November 2024, I filed the foregoing Motion electronically via the Court's CM/ECF filing system, causing a copy of it to be served on all counsel of record, namely:

    James R.W. Braun
    Assistant United States Attorney
    U.S. Attorney's Office for the District of New Mexico
    James.Braun@usdoj.gov

                                      HARRISON & HART, LLC

                                      By: */s/ Carter B. Harrison IV*
                                              Carter B. Harrison IV